**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**KEVIN J.F.Q., (A246 638 210)**[1]

***Petitioner*,**

**v.** **Case No. 5:26-CV-0766-JKP**

**KRISTI NOEM, et al.,**

***Respondents*.**

**FINAL JUDGMENT**

As set forth in the Court's Order issued on this date, Petitioner's petition for writ of habeas corpus is **GRANTED.** Accordingly,

1. Respondents are **DIRECTED** to **RELEASE** Petitioner Kevin J.F.Q. (A246 638 210) from custody, under appropriate conditions of release, to a public place **no later than February 8, 2026**.

2. Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of release as soon as practicable and no less than two hours before release.

3. Any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.

4. Respondents shall **FILE** a Status Report no later than **February 9, 2026**, confirming that Petitioner has been released. If counsel for Petitioner disagrees with any aspect of the filed Status Report, counsel may file a separate Status Report.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 6th day of February 2026.**

Jason Pulliam
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

[1] Petitioner has sought leave to proceed anonymously. *See* ECF No. 2 at 3 n1. The transferor court complied with that request. As the receiving Court, this Court follows that lead while adding Petitioner's identification number for necessary identification.